FILED
2017 Jun-22 AM 09:18
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BEATRICE REESE, individually; and MARVIN REESE, individually, ) ) ) | |
| v. ) ) ) | Civil Action No. Jury Demanded |
| KESNER CATON, individually; and NEW PRIME, INC., a corporation, ) ) ) | |
| Defendants. ) ) | |

## COMPLAINT

**COME NOW** the Plaintiffs, Beatrice and Marvin Reese, and for their Complaint against the Defendants, KESNER CATON and NEW PRIME, INC., show unto the Court the following:

### I. PARTIES, JURISDICTION, AND VENUE

1. Plaintiff, Beatrice Reese, is and was a resident and citizen of the State of Alabama at all material times referred to herein.

2. Plaintiff, Marvin Reese, is and was resident and citizen of the State of Alabama at all material times referred to herein.

3. Based upon information and belief, Defendant Kesner Caton, is and was a resident and citizen of the State of Florida at all material times referred to herein.

4. Based upon information and belief, New Prime Inc., is a foreign corporation with its principal business located in Springfield, Missouri.

5. The events forming the basis of this lawsuit occurred in Calhoun County, Alabama located in the Eastern Division of the Northern District of Alabama.

1

6. Subject matter jurisdiction exists in this Court pursuant to 28 U.S.C. § 1332 in that complete diversity exists amongst the Plaintiffs and Defendants and the amount in controversy exceeds the sum of $75,000.00.

## II. FACTS

7. On December 23, 2016, Plaintiff Marvin Reese was operating a motor vehicle at the intersection of Coleman Road and Henry Road located in Calhoun County, Alabama. Plaintiff Beatrice Reese was a passenger in the vehicle being operated by Plaintiff Marvin Reese.

8. At the same time, Defendant, Kesner Caton, was operating a semi tractor/trailer as an agent or in the line, scope, and course of his employment for Defendant, New Prime, Inc.

9. Defendant Caton caused the tractor/trailer he was operating to run through a red traffic signal for Defendant Caton's direction of travel. Defendant Caton informed the investigating police officer that the brakes failed on the tractor/trailer preventing his ability to stop.

10. Defendants' failure to obey the red traffic signal resulted in the tractor/trailer striking a vehicle that was proceeding legally through the green traffic light. A collision occurred between the Defendants' tractor/trailer and the third vehicle. The force of the collision caused the tractor/trailer to violently push the first contact vehicle into the vehicle occupied by the Plaintiffs.

11. As a direct and proximate cause of the Defendants' actions and/or omissions, Plaintiff Beatrice Reese and Plaintiff Marvin Reese sustained permanent and severe injuries about their bodies.

## II. FIRST CAUSE OF ACTION
### (Defendant Kesner Caton - Negligence, Recklessness, and/or Wantonness)

12. The Plaintiffs aver that all of their injuries and damages were proximately caused by the negligence, recklessness, and/or wantonness of Defendant Kesner Caton.

13. The negligence, recklessness, and/or wantonness of Defendant Caton, includes, but is not limited to, the following specific acts:

    (a) Failing to inspect his tractor and trailer;

    (b) Failing to maintain his tractor and trailer;

    (c) Failing to repair his tractor and trailer;

    (d) Failing to understand and/or communicate directives of his job;

    (e) Failing to comply with applicable motor carrier safety regulations;

    (f) Failing to comply with operating, safety, and/or training rules of New Prime, Inc.

    (g) Traveling at an unsafe speed for the road conditions;

    (h) Failing to keep a proper lookout;

    (i) Failing to comply with Alabama Motor Safety Laws and rules of the road;

    (j) Failing to obey traffic signals for his direction of travel; and

    (k) He was otherwise negligent, reckless, and/or wanton

## II. SECOND CAUSE OF ACTION
### (Defendant New Prime, Inc. - *Respondeat Superior*)

14. The Plaintiffs avers that all of their injuries and damages were proximately caused by the negligence, willfulness, recklessness, and/or wantonness of the Defendant, New Prime, Inc., acting by and through its agent, servant, or employees, including but not limited to, Defendant Caton.

### III. THIRD CAUSE OF ACTION
### (Defendant New Prime, Inc. - Negligence, Recklessness, and/or Wantonness)

15. The Plaintiffs aver that all of their injuries and damages were proximately caused by the negligence, willfulness, recklessness, and/or wantonness of the Defendant, New Prime Inc.

16. The negligence, willfulness, recklessness, and/or wantonness of the Defendant, New Prime, Inc., includes, but is not limited to, the following specific acts:

    (A)    It failed to train its driver;

    (B)    It failed to supervise its driver;

    (C)    It retained its driver;

    (D)    It hired its driver;

    (E)    It entrusted its driver with a tractor-trailer;

    (F)    It failed to comply with applicable federal motor carrier safety regulations;

    (G)    It failed to inspect, maintain, and/or repair the tractor or trailer in proper and safe working order; and

    (H)    It was otherwise willful, reckless, wanton, and/or negligent.

### VII. DAMAGES

17. The Plaintiffs aver that as a result of the Defendants' willfulness, wantonness, recklessness, and/or negligence, the Plaintiffs have suffered and seek to recover for the following special injuries and damages:

    (a)    Past and future lost wages and benefits;

    (b)    Permanent impairment of ability to earn a living;

    (c)    Past and future medical expenses;

     (d)    Past and future physical pain and mental anguish;

     (e)    Permanent physical disability and disfigurement; and

     (f)    Inability to carry out and enjoy the usual and normal activities of life.

18.    The Plaintiffs seek to recover a sum that will fairly and fully compensate them for their damages. Because of the severity of their individual injuries, the Plaintiffs expect such fair compensation to be well in excess of the jurisdictional minimums of this Court.

19.    As a direct result of the willfulness, wantonness, and/or recklessness of the actions of one or both Defendants, Plaintiffs further seek an award of punitive damages in a sum sufficient to punish and deter the conduct of one or both Defendants. Plaintiff seeks punitive damages in an amount that is determined to be reasonable and fair by a jury of Plaintiffs' peers.

## VIII. JURY DEMAND

20.    Plaintiff requests a trial by struck jury.

_/s/ Christopher A. Keith_

CHRISTOPHER A. KEITH (ASB-6728-O76K)
WETTERMARK KEITH LLC
3595 Grandview Parkway
Suite 350
Birmingham, AL 35243
Telephone: (205) 933-9500
Facsimile: (205) 977-3431
Email: chris@wkfirm.com

5

**PLAINTIFFS' ADDRESS:**
Beatrice Reese
Marvin Reese
1214 Derek Drive, SW
Jacksonville, AL 36265


**SERVE DEFENDANTS BY CERTIFIED MAIL AS FOLLOWS:**
Kesner Caton
314 Curry Street NW
Palmbay, FL 32907

New Prime, Inc., d/b/a Prime, Inc.
c/o Steve Crawford - Registered Agent
2740 North MayFair
Springfield, MO 65803